UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROSTEN,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>          Defendant. | Case No. 18-cv-01930-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 24 |

On March 10, 2020, Plaintiff's attorney filed a motion for attorneys' fees. (Dkt. 23.) The Court's electronic case filing system automatically generated a schedule for responsive briefing. (*Id.*) However, no response or reply was filed. Given the current situation related to COVID-19, the Court wished to ensure that all parties had adequate opportunity to respond to the instant motion. Accordingly, the Court set the following briefing schedule: any response was due no later than April 29, 2020, and any reply was due no later than May 6, 2020. (Dkt. 24.) Both of those dates have passed, and no response was filed. The Court therefore issues this ORDER TO SHOW CAUSE to Defendant's counsel. Defendant's counsel must explain why no response to Plaintiff's motion for attorney's fees was filed and indicate whether Defendant stipulates or objects to the award. Defendant's counsel's response is due no later than May 27, 2020.

**IT IS SO ORDERED**.

Dated: May 20, 2020

/s/ Sallie Kim

SALLIE KIM
United States Magistrate Judge